```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------X
SORENA M. DIX,

                    Plaintiff,
                                              O R D E R
          - against -
                                              08 Civ. 0109 (NRB)
FOURTEEN WALL STREET JEWELERS, MARVIN
RAFELD, AND BETTY (JANE DOE),

                    Defendants.
-----------------------------------X
```

**NAOMI REICE BUCHWALD**
**UNITED STATES DISTRICT JUDGE**

It having been reported to this Court that plaintiff no longer wishes to pursue her claims against the defendants, it is

**ORDERED** that the above-captioned action be, and hereby is, dismissed without costs and with prejudice.

DATED:   New York, New York
         April 16, 2008

                                            _____
                                            NAOMI REICE BUCHWALD
                                            UNITED STATES DISTRICT JUDGE